# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SACV 20-01596-CJC (DFMx) |
| Date | October 28, 2020 |
| Title | Ruben Paul Gonzales v. 41 Olive, et al |

**Present: The Honorable** CORMAC J. CARNEY, UNITED STATES DISTRICT COURT JUDGE

| Cheryl Wynn/Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [18], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk    cw/rrp